UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
─────────────────────────────────────

KAREL GOMEZ, ET AL.,

               Plaintiffs,

     - against -

CT CORPORATION SYSTEM, INC. ET AL.,

               Defendants.
─────────────────────────────────────

            26-cv-837 (JGK)

            ORDER

JOHN G. KOELTL, District Judge:

    The parties are directed to appear by telephone for a conference in connection with the defendant's anticipated motion to dismiss on **Wednesday, April 22, 2026, at 12:30 p.m.**

    Dial-in: 646-453-4442, with access code 67527833#.

SO ORDERED.

Dated:    New York, New York
           April 13, 2026

                         _____
                           John G. Koeltl
               United States District Judge