UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

KAREL GOMEZ, ET AL.,

                           Plaintiffs,

        - against -

CT CORPORATION SYSTEM, INC., ET AL.,

                          Defendants.
_____

                              26-cv-837 (JGK)

                              ORDER

JOHN G. KOELTL, District Judge:

    As discussed during the telephone conference held today, the defendants may move to dismiss the complaint by **May 15, 2026.** The plaintiffs may respond to the defendants' motion to dismiss by **June 12, 2026.** The defendants may reply by **June 26, 2026.**

    Furthermore, the initial conference scheduled for May 28, 2026, at 4:30 p.m. is **canceled.**

SO ORDERED.

Dated:    New York, New York
           April 22, 2026

                           _____
                             John G. Koeltl
                  United States District Judge